IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE MATTER OF CERTAIN
PENDING ADMINISTRATIVE                    Case No. 4:20-mc-4-DPM
FORFEITURE PROCEEDINGS

## ORDER

On 1 May 2020, the Court entered a blanket sixty-day extension of certain forfeiture-related statutory deadlines based on the emergency conditions caused by the COVID-19 pandemic. *Doc. 2*. The United States now seeks to add sixty days to the previous extension for (1) the noticing deadlines in administrative proceedings conducted by the ATF, DEA, FBI, and USSS; and (2) the claim-response deadlines in administrative proceedings conduced by any agency in this District. The United States also seeks a new sixty-day extension, this one for the noticing and claim-response deadlines for seizures conducted and claims received between 1 May 2020 and 11 August 2020.

In support of its motion, the United States attaches four affidavits. In each, an agency official certifies that, in light of the COVID-19 pandemic, the agency's compliance with the statutory deadlines is likely to endanger the life or physical safety of the government employees and contractors responsible for carrying out administrative forfeiture programs, which justifies, each official says, the requested extension of those deadlines. *Doc. 3 at Exh. 1–4*. The United States expects this will be the last extension requested, as the agencies are working on a solution to these ongoing issues. *Doc. 3 at 3*.

The United States' motion, *Doc. 3*, is granted. The working conditions described in the United States' first motion remain largely unchanged and continue to be inconsistent with the distancing guidelines from the CDC and other public health officials. *Doc. 1 & 3*. Further, the United States has shown that requiring timely notice of seizures and referral of claims during the current pandemic conditions may endanger the life or health of the government asset forfeiture attorneys and staff responsible for reviewing cases, issuing notices, and processing submitted claims and petitions. Good cause therefore exists for granting the blanket extensions requested. 18 U.S.C. § 983(a)(1)(C)–(D)(i) & (a)(3)(A).

The Court extends by another sixty days the previously extended deadlines for (1) providing notice in administrative proceedings conducted by the ATF, DEA, FBI, and USSS, and (2) responding to claims submitted in any administrative forfeiture proceeding conducted by any agency in this District. 18 U.S.C. § 983(a)(1)(A)(i), (a)(1)(A)(iv) & (a)(3)(A). The Court also extends by sixty days the noticing and claim-response deadlines for seizures conducted and claims received between 1 May 2020 and 11 August 2020. *Ibid.*

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
Chief United States District Judge
Eastern District of Arkansas

18 August 2020